UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
NORGUARD INSURANCE COMPANY,                           :
:
Plaintiff,              :
:
-v-                               :              25-cv-3375 (LJL)
:
:              ORDER
SOHO HUMMUS, LLC, et al.,                             :
:
Defendants.              :
:
----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/16/2025
```

LEWIS J. LIMAN, United States District Judge:

Defendant Georgette Fleischer ("Fleischer") has submitted a letter with the Court requesting permission to attend the mediation in this case scheduled for tomorrow, September 17, 2025.  Dkt. No. 61.  On May 29, 2025, counsel from the law firm Grimble & LoGuidice, LLP, appeared in this case on behalf of Fleischer.  Dkt. No. 18.  Given that Fleischer has appeared in this case and is currently represented, she may attend the mediation, but only with her counsel.

In her letter, Fleischer indicates that she wishes to terminate legal representation with her counsel.  In order to resolve the matter of Fleischer's representation, the Court will hold a conference on September 22, 2025, at 2:00 PM in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, NY 10007. Fleischer and her counsel are directed to attend.

Given the uncertain status of Fleischer's representation, the mediator may wish to postpone the mediation to permit Fleischer to attend at a later date.

The Clerk of Court is respectfully directed to mail this Order to the address Fleischer has

provided in her letter.  *See* Dkt. No. 61.  Plaintiff is further directed to serve a copy of this Order

on Fleischer electronically at the email address provided in the letter.  *See id.*

      SO ORDERED.

Dated: September 16, 2025
      New York, New York

                         LEWIS J. LIMAN
                 United States District Judge