UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
NORGUARD INSURANCE COMPANY,                                              :
                                                                        :
                          Plaintiff,                                    :
                                                                        :              25-cv-3375 (LJL)
          -v-                                                           :
                                                                        :              ORDER
SOHO HUMMUS, LLC, et al.,                                                :
                                                                        :
                          Defendants.                                   :
                                                                        :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, May 26, 2026.  As indicated on the record at the conference:

Discovery may commence in this action.  By September 14, 2026, Plaintiff shall file its motion for summary judgment seeking judgment that it owes no duty to defend the Landlord Defendants.  Opposition and reply papers shall be due in accordance with the Court's Individual Practices in Civil Cases.

By September 14, 2026, Plaintiff shall also file a joint letter on behalf of all parties regarding the status of the underlying state court litigation and any proposals with respect to the duty to indemnify the Restaurant and Landlord Defendants and to defend the Restaurant Defendants.

SO ORDERED.

Dated: May 26, 2026                          _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/26/2026